UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KARINA MARIA JOHNSON AVILEZ,

          Petitioner,

    v.

FERETI SEMAIA,

          Respondent.

Case No. EDCV 26-3494-PVC

**JUDGMENT**

    IT IS HEREBY ADJUDGED that the Petition is GRANTED, and Judgment is ENTERED in favor of Petitioner.  Respondent is ordered to:

    (1) **IMMEDIATELY RELEASE** Petitioner **Karina Maria Johson Avilez (A# 246078551)** from custody;

    (2) File a notice of compliance advising how they complied with this Order within seven days; and

    (3) Not re-detain Petitioner unless and until a hearing is held before a neutral adjudicator at which the government bears the burden of proving by clear and

convincing evidence that Petitioner's re-detention is warranted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 2, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2